**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CRIMINAL DOCKET NO.: 3:05CR93-V; 3:02CR93-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **RECUSAL ORDER** |
| | ) | |
| **ERIK B. BLOWERS,** | ) | |
|       **Defendant.** | ) | |
| _____ | ) | |
| | | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | )   _____ | |
| | ) | |
| **KENDALL J. LADNER, and** | ) | |
| **BRIAN LADNER,** | ) | |
|       **Defendants.** | ) | |
| _____ | ) | |

      **THIS MATTER** is before the Court on its own motion for purposes of recusal in the above-captioned cases pursuant to 28 U.S.C. §455.[1]  This matter will be referred to The Honorable William W. Wilkins, Chief Circuit Judge, Fourth Circuit Court of Appeals, for reassignment to another district court judge presiding outside of the Western District of North Carolina.

      The Deputy Clerk shall forward a copy of this Order to the U.S. Department of Justice, U.S. Attorney's Office, Defense Counsel, and The Honorable Graham C. Mullen, Chief Judge for the Western District of North Carolina.

      **SO ORDERED.**

---

    [1] The Court's recusal in the Ladner case, 3:02CV93, is limited to review of the Memorandum & Recommendation issued by the Magistrate Judge regarding motions seeking the unsealing of documents in that closed criminal case and Objections filed with respect to the Memorandum & Recommendation.  (Documents ##177- 180)

**Signed: August 18, 2005**

**Signed: August 18, 2005**

Richard L. Voorhees
United States District Judge

Richard L. Voorhees
United States District Judge