**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

FILED
CHARLOTTE, N. C.

AUG 26 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| ERIK B. BLOWERS, ) | |
| Defendant. ) | |
| ) | Case No. 3:05CR93-V; 3:02CR93-V |
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| KENDALL J. LADNER, and ) BRIAN LADNER, | |
| ) | |
| Defendants. ) | |

**ORDER**

At the request of the Honorable Graham C. Mullen, Chief United States District Judge for the Western District of North Carolina, to assign this case to a judge from without the Western District of North Carolina, and it appearing proper to do so, it is ordered that the Honorable N. Carlton Tilley, Chief United States District Judge for the Middle District of North Carolina, be assigned to the case captioned above.

IT IS SO ORDERED.

*William W. Wilkins*
William W. Wilkins
Chief Judge

Date: August 22, 2005